FILED
2014 May-08 AM 11:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES LEE MOORE, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| vs. ) | Case No. 5:14-cv-00326-RBP-HGD |
| ) | |
| TRINITY MUNICIPAL COURT, ) | |
| et al., ) | |
| ) | |
| Respondents ) | |

## **DISMISSAL ORDER**

On April 8, 2014, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by the petitioner or the respondents.[1]

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

---

[1] A copy of the report and recommendation mailed to petitioner at his last known address was returned to the court marked "Return to Sender - Not in Jail." To date, petitioner has not provided the court with an updated address.

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED WITHOUT PREJUDICE to allow petitioner to pursue available state court remedies.

DONE this 8th day of May, 2014.

*Robert B. Propst*

**ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE**